# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00156-CV

**In re Chubb Lloyd's Insurance Company of Texas, Appellant**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator Chubb Lloyd's Insurance Company of Texas has filed an unopposed voluntary motion to dismiss this mandamus proceeding, informing the Court that the parties in the underlying proceeding have reached a settlement that disposes of all claims and issues in the underlying suit. Accordingly, we grant the motion and dismiss the petition for writ of mandamus.

_____

Melissa Goodwin, Justice

Before Chief Justice Rose, Justices Goodwin and Baker

Filed: April 26, 2019